6

**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. # 253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor(s),

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

In the Matter of:

RUVICELA NUNEZ

Debtors.

COUNTRYWIDE HOME LOANS, INC.

DITECH FINANCIAL, LLC

Creditor(s)

**Case No.** 17-10409-A-13F

CHAPTER 13

DCN: TCS-1

**DEBTORS' MOTION TO VALUE COLLATERAL OF DITECH FINANCIAL, LLC, ET AL.**

Hearing Date and Time:
DATE: June 30, 2017
TIME: 9:00 A.M.
DEPT: A
JUDGE: Fredrick E. Clement

1. The Debtor hereby moves for the entry of an order valuing the property described below. This property secures the claim of the creditor named below. Debtor moves for an order that the amount of the creditor's secured claim not exceed the value of its security, less the claims of creditors holding senior liens or security interests. This determination, if made, will supersede any greater secured claim demanded in proof of claim. Any objections to the creditor's claim are reserved and will be filed after the creditor has filed a proof of claim. In the opinion of the debtor, the collateral has the replacement value indicated below.

2. The Public Record presently indicates the second mortgage on the Subject Property is held by COUNTRYWIDE HOME LOANS, INC. A true copy of the relevant pages of the Trust Deed, evidencing COUNTRYWIDE HOME LOANS, INC. as the current second mortgage lien holder, is attached as EXHIBIT A. Debtor filed an emergency petition for relief on February 7, 2017. At the time the Debtor's Schedules were filed on February 20, 2017, DITECH FINANCIAL, LLC [Herein after referred to as DITECH] was scheduled on Schedule D-2.1 of Debtor's Petition as the holder of this Claim for $78,229.77 against the property which had a value at that time of $235,400.00. A true copy of the corresponding Schedule is attached as EXHIBIT B. The debtor has been receiving statements from DITECH and is informed and believes that DITECH is the current holder or servicer of her second mortgage. Therefore, DITECH is being named in this proceeding even though to date they have not perfected any security interest.

3. The total amount of this creditor's claim is unknown to the Debtor due to the fact that to date, no claim has been filed regarding this debt. However, Debtor believes the amount to be approximately $78,229.77, based on the most recent statement.

4. The collateral that is the subject of this motion consists of the following described property located in the County of Merced, State of California:

> LOT 33, OF COLLEGE GREENS NO. 2, IN THE CITY OF LOS BANOS, COUNTY OF MERCED, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL MAP THEREOF, FILED IN THE OFFICE OF THE RECORDER OF MERCED COUNTY, CALIFORNIA, ON JUNE 28, 1989, IN VOLUME 35 OF MAPS, PAGES 49, 50 AND 51.
>
> EXCEPTING THEREFROM AN UNDIVIDED ONE-HALF INTEREST IN

AND TO ALL OIL, GAS, PETROLEUM, NAPTHA, OTHER HYDROCARBON SUBSTANCES AND MINERALS OF WHATSOEVER KIND AND NATURE LYING BELOW A DEPTH OF 500 FEET, AS RESERVED IN THE DEED FROM PANOCHE FARMS, A PARTNERSHIP, RECORDED APRIL 28, 1980 IN BOOK 2231, PAGE 751, AND AS MODIFIED BY DEED RECORDED SEPTEMBER 29, 1989, AS INSTRUMENT NO. 25440, OFFICIAL RECORDS OF MERCED COUNTY.

APN: 083-310-038

Which has the common address of 2025 Stanford Ct., Los Banos, CA 93635.

5. The amount owed to, and the name of all creditors holding liens or security interests senior to the lien or security interest of the above-named creditor are accurately set forth in the following table:

| Creditor | Amount Owed |
|---|---|
| Bank of America<br>First Mortgage | $327,357.00 |
| Total | $327,357.00 |

6. At the time of filing for relief, the debtor declared her opinion of the value of her residence to be $235,400.00. The Debtors' opinion of value is based on their familiarity with homes in their neighborhood, and on an estimate from Zillow.com. The Debtor's declaration in support of this motion is filed herewith.

7. Currently, Zillow.com places a value of $266,255.00 which is still significantly less than the amount owed on the first mortgage as stated above. A true copy of the Zillow.com value is attached to the Debtor's declaration as EXHIBIT A.

8. Wherefore, Debtor prays for an order determining the Second Mortgage Creditor and publicly recorded holder of the second mortgage, COUNTRYWIDE HOME LOANS, INC. and DITECH FINANCIAL. LLC's second mortgage claim to be wholly unsecured in regards to 2025 Stanford Ct., Los Banos, CA 93635.

Dated: 5-30-17

Timothy C. Springer,
Attorney for Debtor

6

Recording Requested By:
A. SHEA

Recorded In Official Records, Merced County
**M. STEPHEN JONES**
County Recorder
4/08/2005
11:21 AM
R07

P Public T

After Recording Return To:
COUNTRYWIDE HOME LOANS, INC.

Doc#: 2005-025599

| Titles: | 2 | Pages: | 11 |
|---|---|---|---|
| Fees | | | 46.00 |
| Taxes | | | 0.00 |
| Other | | | 0.00 |
| PAID | | | $46.00 |

MS SV-79 DOCUMENT PROCESSING
P.O.Box 10423
Van Nuys, CA 91410-0423
Prepared By:
LORETTA J. BONANDER

[Space Above This Line For Recording Data]

58100360 [Escrow/Closing #]    00099044562040005 [Doc ID #]

# DEED OF TRUST AND ASSIGNMENT OF RENTS

MIN 1000157-0004948467-4

This Deed of Trust secures an obligation which calls for payment of interest at a variable interest rate.
THIS DEED OF TRUST is made this 1st day of APRIL, 2005, between
RUVICELA NUNEZ

THIS DEED IS SECOND AND SUBORDINATE TO THAT CERTAIN DEED OF TRUST IN FAVOR OF Countrywide, IN THE AMOUNT OF $ 316,000 RECORDED CONCURRENTLY HEREWITH

whose address is,
1644 S KING ROAD, SAN JOSE, CA 95122
herein called "Trustor,"
RECONTRUST COMPANY, N.A.
MSN TO-02 225 WEST HILLCREST DRIVE, THOUSAND OAKS, CA 91360
herein called "Trustee," and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") a Delaware corporation with an address of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS. **MERS is the "Beneficiary" under this Deed of Trust** and is acting solely as a nominee for
COUNTRYWIDE HOME LOANS, INC.
("Lender" or "you") and its successors and assigns, with an address of
4500 Park Granada, Calabasas, CA 91302-1613
Trustor irrevocably grants, transfers and assigns to Trustee, in trust and with power of sale, all of the real property in the City or Town of LOS BANOS, County of MERCED, State of California, having the street address of
2025 STANFORD COURT, LOS BANOS, CA 93635

CHICAGO TITLE - 58100360-RD

*23991*

*0990445620000001D988*

EXHIBIT A 

**Fill in this information to identify your case:**

Debtor 1 **Ruvicela Nunez**
First Name Middle Name Last Name

Debtor 2
(Spouse if, filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number **17-10409**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|
| 2.1 "A" Ditech | $78,229.77 | $235,400.00 | $78,229.77 |
| 2.2 Bank of America | $327,357.00 | $235,400.00 | $91,957.00 |

**2.1 "A" Ditech**
Creditor's Name

**C/O Asset Receivables Management**
**Attn: Bankruptcy Dept.**
**2100 E. Elliot Road, Bldg. 94**
**Tempe, AZ 85284**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**2025 Stanford Ct. Los Banos, CA 93635 Merced County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Second Mortgage**

**Date debt was incurred** **2004**  **Last 4 digits of account number** **9169**

**2.2 Bank of America**
Creditor's Name

**C/O Real Time Resolutions**
**Po Box 36655**
**Dallas, TX 75235**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**2025 Stanford Ct. Los Banos, CA 93635 Merced County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Mortgage**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

EXHIBIT B