# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Ruvicela Nunez | **Case No :**<br>**Date :**<br>**Time :** | 17–10409 – A – 13<br>06/30/2017<br>09:00 |
| **Matter :** | [29] – Motion/Application to Value Collateral of Ditech Financial, LLC [TCS–1] Filed by Debtor Ruvicela Nunez (tsef) | | |
| **Judge :**<br>**Department :** | Fredrick E. Clement<br>A | **Courtroom Deputy :**<br>**Reporter :** | Rosalia Estrada<br>NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## ORDER

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

The debtor's motion to value real property collateral has been presented to the court. Having entered the default of respondent for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well–pleaded facts of the motion,

IT IS ORDERED that the motion is granted. The real property collateral located at 2025 Stanford Court, Los Banos, CA, has a value of $235,400. The collateral is encumbered by senior liens securing debt that exceeds the collateral's value. The respondent has a secured claim in the amount of $0.00 and a general unsecured claim for the balance of the claim.

Dated: Jul 01, 2017

Fredrick E. Clement
United States Bankruptcy Judge